Magistrate Judge John L. Weinberg

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL CRONIN,<br><br>Defendant. | NO. MJ17-488<br><br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by and through its attorney Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

//
//
//

NOTICE OF APPEARANCE - 1
*U.S. v. CRONIN* / MJ17-488

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Assistant United States Attorney MATTHEW P. HAMPTON is now counsel on
2   behalf of the United States, along with Cecelia Y. Gregson, and respectfully requests that all
3   pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

        MATTHEW P. HAMPTON
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Fax Number: (206) 553-4440

Dated this 22nd day of November, 2017.

        Respectfully submitted,
        ANNETTE L. HAYES
        United States Attorney

        *s/ Matthew P. Hampton*
        MATTHEW P. HAMPTON
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax Number: 206-553-4440
        Email:  matthew.hampton@usdoj.gov

NOTICE OF APPEARANCE - 2
*U.S. v. CRONIN* / MJ17-488

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.

*s/Emily Miller*
EMILY MILLER
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2267
FAX: (206) 553-0755
E-mail: emily.miller@usdoj.gov

NOTICE OF APPEARANCE - 3
*U.S. v. CRONIN* / MJ17-488

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970